NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TMT SYSTEMS, INC., TIMUR SARAC,**

*Plaintiffs-Appellants*

v.

**MEDTRONIC, INC.,**

*Defendant-Appellee*

---

2025-1059

---

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00973-ADA, Judge Alan D. Albright.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                              TMT SYSTEMS, INC. v. MEDTRONIC, INC.


(2) Each side shall bear their own costs.



FOR THE COURT


October 30, 2024
Date                                    Jarrett B. Perlow
                                        Clerk of Court


**ISSUED AS A MANDATE:** October 30, 2024